No. 87–5428. HOUSTON *v.* LACK, WARDEN. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1025.] Motion for appointment of counsel granted, and it is ordered that Penny J. White, Esq., of Johnson City, Tenn., be appointed to serve as counsel for petitioner in this case.

No. 87–5461. HENSON *v.* EAST LINCOLN TOWNSHIP ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 923.] Motion of the parties to defer further proceedings granted.

No. 87–5954. LANGSTER *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir.;

No. 87–6067. FLAHERTY *v.* UNITED STATES. C. A. 11th Cir.; and

No. 87–6219. PEREZ ET UX. *v.* UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 14, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit petitions for writs of certiorari in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 87–1251. IN RE SOWELL. Petition for writ of habeas corpus denied.

No. 87–6059. IN RE PRATHER. Petition for writ of mandamus denied.

No. 87–1050. IN RE GOLDSTEIN. Petition for writ of mandamus and/or prohibition denied.